**Order filed August 1, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00543-CV
_____

**JACOBS FIELD SERVICES NORTH AMERICA, INC., JACOBS ENGINEERING GROUP, INC., AND JACOBS ENGINEERING, INC.,** Appellants

**V.**

**MAURICE WARE AND VALIERY JACKSON-WARE, INDIVIDUALLY AND AS NEXT FRIEND OF MAURICE WARE, JR., MINOR,** Appellees

On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2015-27771

## O R D E R

The clerk's record was filed July 26, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record filed with this court does not contain Volumes II and III of the clerk's record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before August 16, 2017, containing Volumes II and III of the clerk's record.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM